# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-01419-WMR
## Cunningham v. Jordan et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 04/02/2024.

TIME COURT COMMENCED: 09:40 A.M.
TIME COURT CONCLUDED: 11:15 A.M.
TIME IN COURT: 1:35
OFFICE LOCATION: Atlanta

COURT REPORTER: Geraldine Glover
CSO/DUSM: Ricky Meadows
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Devin Arnold representing Serving Hands Community Development Corporation<br>Craig Cunningham appearing Pro Se<br>Matthew Keilson representing MJ Ministries Spreading the Gospel, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Oral argument on motions. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |