FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 10 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,**<br>Plaintiff,<br><br>v.<br><br>Manasseh Jordan Ministries, Inc., et al<br><br>**Defendant** | § § § § § § § § § § | 1:22-cv-1419 |

## Plaintiff's Notice regarding subpoeans and Certification

1. To the Honorable US District Court: Pursuant to the court's order on 4/2/2024, Plaintiff hereby certifies he has notified the targets of the subpoenas issued in this case that the subpoenas were quashed and no production is necessary as follows

2. Chase- Sent via Fax, cert mail

**National Subpoena Processing**
**JPMorgan Chase Bank, N.A.**
Mail Code LA4-7300
700 Kansas Lane
Monroe, LA, 71203 United States
Fax No.: 317-757-7421
Contact No.: 1-844-751-7728
via fax to 317-757-7421. ATTN:
Edith Frazier Ref SB 1545848-F1

BOA-sending via Cert mail, fax 980-233-7070, Ref D020824000851, case 1:22-cv-1419-WMR

Paypal Sent via email

Carver FSB Sent via email

TD bank- Sent via email

Lawyer, send via email

Court, send via regular mail

*Craig Cunningham*
Plaintiff,                4/3/2023

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>Manasseh Jordan Ministries, Inc., Bullion Fitness Inc., Kingdom Ministries Church, Inc., Yakim Manasseh Jordan, aka Manasseh Jordan, MJ Ministries Spreading the Gospel, Inc., Steven Sledge, Aaron Jordan, Naomi Cook, John/Jane Does 1-5<br><br>**Defendant** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:22-cv-1419 |

### Plaintiff's Certificate of Service

I hereby certify a true copy of the foregoing was mailed and emailed to the Defendants and attorney of record in this case.

*Craig Cunningham*
Plaintiff,            4/3/2024

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

Craig Cunningham
3000 Custer RD
Ste 270-206
Plano, TX 75025

WMR

US District Court
~~224#~~ 75 Ted Turner DR, SW
Atlanta, GA 30303-3309

CLEARED DATE

APR 1 0 2024

U.S. Marshals Service
Atlanta, GA 30303

30303-331861