FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 13 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, Plaintiff, <br><br> v. <br><br> Manasseh Jordan Ministries, Inc., et al <br><br> Defendant | §§§§§§§§§§ | 1:22-cv-1419 <br><br> WMR |

## Plaintiff's Agreed motion of an Extension of time of 30 days to respond to Defendant's Detailed Specification and Itemization of Requested Attorney's fees

1. To The Honorable US District Court:

2. The Plaintiff hereby requests a 30 day extension to respond to the Defendant's Detailed Specification and Itemization of Requested Attorney's fees.

3. This is an uncontested motion as the Plaintiff has sought via email and has an agreement with counsel for Defendants to this extension of time with both Matthew Keilson and Devin Arnold in agreement on behalf of their clients.

4. Conclusion

5. Plaintiff hereby requests a 30 day extension to respond as agreed to by all the parties.

*Craig Cunningham*
Plaintiff,

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, Plaintiff, <br><br> v. <br><br> Manasseh Jordan Ministries, Inc., Bullion Fitness Inc., Kingdom Ministries Church, Inc., Yakim Manasseh Jordan, aka Manasseh Jordan, MJ Ministries Spreading the Gospel, Inc., Steven Sledge, Aaron Jordan, Naomi Cook, John/Jane Does 1-5 <br><br> **Defendant** | §§§§§§§§§§§ | 1:22-cv-1419 |

## Plaintiff's Certificate of Service

I hereby certify a true copy of the foregoing was mailed and emailed to the Defendants and attorney of record in this case.

*Craig Cunningham*
Plaintiff,

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>Manasseh Jordan Ministries, Inc., Bullion Fitness Inc., Kingdom Ministries Church, Inc., Yakim Manasseh Jordan, aka Manasseh Jordan, MJ Ministries Spreading the Gospel, Inc., Steven Sledge, Aaron Jordan, Naomi Cook, John/Jane Does 1-5<br><br>**Defendant** | §<br>§<br>§<br>§<br>§<br>§  1:22-cv-1419<br>§<br>§<br>§<br>§ |

## Order on a Motion

The Plaintiff's motion is hereby Granted/Denied

Judge _____

Date _____

3000 Custer RD
Ste 270-206
Plano, TX 75075

US District Court
75 Ted Turner Drive SW
2211 United States Courthouse
Atlanta, GA 30303

**FROM:**
Craig Cunningham
3000 Custer Rd
Ste 270-206
Plano, TX 75075

**TO:**
US District Court
75 Ted Turner Drive SW
2211 United States Courthouse
Atlanta, GA
30303

Postage: $30.45
Scheduled Delivery Date: 5-10-24
Date Accepted: 5-9-24
Time Accepted: 4:48 PM