IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>　　Plaintiff,<br><br>　　v.<br><br>YAKIN JORDAN, MJ MINISTRIES SPREADING THE GOSPEL, INC., MJ MINISTRIES, LLC, STEVEN SLEDGE, AARON JORDAN, NAOMI COOK, LUTHER MCKINSTY, FRANK JULIANO, JONATHAN FOREMAN, JESSE SPENCER, WARREN TAYLOR, SERVING HANDS COMMUNITY DEVELOPMENT CORPORATION, and JOHN/JANE DOES 1-5,<br><br>　　Defendants. | CIVIL ACTION NO.<br>1:22-cv-1419-WMR |

## ORDER

The Court hereby GRANTS the Plaintiff's Motion for Extension of Time and extends the time for the Plaintiff to respond to Defendant's Detailed Specification and Itemization of Requested Attorneys Fees for thirty (30) days from the date of Plaintiff's request [Doc 72],

This 3rd day of June, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

1