IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>YAKIM JORDAN, MJ MINISTRIES SPREADING THE GOSPEL, INC., MJ MINISTRIES, LLC, STEVEN SLEDGE, AARON JORDAN, NAOMI COOK, LUTHER MCKINSTY, FRANK JULIANO, JONATHAN FOREMAN, JESSE SPENCER, WARREN TAYLOR, SERVING HANDS COMMUNITY DEVELOPMENT CORPORATION, and JOHN/JANE DOES 1-5,<br>    Defendants. | CASE NO.:  1:22-cv-1419 |

**DECLARATION OF MATTHEW A. KEILSON
IN SUPPORT OF ATTORNEYS' FEES AND COSTS
<u>AWARDED TO MJ MINISTRIES DEFENDANTS[1]</u>**

I, Matthew A. Keilson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

---

[1] MJ Ministries Spreading the Gospel, Inc., Steven Sledge, Aaron Jordan, Naomi Cook, Luther McKinstry, and Wayne Taylor (hereinafter, the "MJ Ministries Defendants").

1. I am an attorney at the law firm of Watstein Terepka, LLP, and counsel for the MJ Ministries Defendants.

2. The information contained herein is based upon my personal knowledge and my law firm's records of regularly conducted business. I make this declaration in support of attorneys' fees and costs awarded to the MJ Ministries Defendants by the Court's Order entered on February 21, 2025. ECF No. 80.

3. On January 24, 2025, the MJ Ministries Defendants filed a Motion for Contempt and Sanctions (the "Motion"). ECF No. 77.

4. Plaintiff did not file a response.

5. On February 21, 2025, the Court granted Defendants' request for sanctions due to Plaintiff's intentional failure to follow the Court's November 1, 2024 Order. ECF No. 75. The Court specifically awarded Defendants their fees and costs incurred in connection with their Motion.

6. As explained below, the MJ Ministries Defendants have expended a total of $6,887.00 in attorneys' fees and $10.49 in costs associated with bringing the Motion (including this filing).[2]

---

[2] The MJ Ministries Defendants will supplement this filing with additional records of fees and costs, if needed.

## **Attorneys' Fees and Costs Expended**

7. I and my firm have represented the MJ Ministries Defendants in this action since at least October 2022.

8. Throughout this action, we have kept contemporaneous records of the time expended, including the dates and descriptions of services performed.

9. I have also instructed, supervised, and/or ensured that all other members and employees of my firm keep contemporaneous time records of the hours they have expended in this matter, including the dates and descriptions of services performed.

10. Attached hereto as Composite Exhibit 1 are the billing records of time spent on the Motion and related items. *See* Comp. Ex. 1. Composite Exhibit 1 is redacted to exclude either privileged communications or irrelevant time entries (*i.e.*, entries unrelated to the Motion).

11. Attached hereto as Exhibit 2 is a receipt for $10.49 in parking fees expended to retrieve a check Plaintiff improperly mailed to the office of Hawkins Parnell & Young LLP, as described in the Notice of Filing of Documentation Supporting Costs, Fees, and Other Relief.

## Experience of Attorneys and Staff

12. I am a partner at Watstein Terepka LLP and a nationally recognized litigator (2017 graduate) who has successfully defended companies in dozens of actions (individual and class) filed under state and federal statutes. I have substantial experience litigating TCPA claims and have been recognized as a "rising star" by Georgia Super Lawyers since 2020 and an "associate to watch" by Chambers and Partners (USA). I have litigated numerous complex commercial litigation matters, including several dozen in the TCPA space. Since January 2025, I charged an hourly rate of $700.00 for this matter, in line with my typical rates.

13. Logan R. Leonard (2021 graduate) is a highly skilled litigator who has successfully defended companies in many complex commercial matters, including class actions filed under federal statutes. Since January 2025, he charged an hourly rate of $575.00 for this matter, in line with his typical rates.

14. Jennipher Borey is a highly experienced paralegal at Watstein Terepka, LLP who has extensive experience serving as a paralegal in complex litigation matters. Since January 2025, she charged an hourly rate of $325.00 for this matter, in line with her typical rates.

15. Lindsay Ballard is a highly skilled paralegal at Watstein Terepka, LLP who has experience serving as a paralegal in complex litigation matters. Since

January 2025, she charged an hourly rate of $290.00 for this matter, in line with her typical rates.

16. Kaitlyn Thompson is a highly skilled paralegal at Watstein Terepka, LLP who has experience serving as a paralegal in complex litigation matters. Since January 2025, she charged an hourly rate of $290.00 for this matter, in line with her typical rates.

17. In its November 1, 2024 Order, the Court found my firm's 2024 rates "reasonable." ECF No. 75 at 4–5 (awarding fees of $750 per hour for partner Ryan Watstein and $525 per hour for then-associate Matthew Keilson).

18. My firm's rates remain substantially lower than many other firms that litigate TCPA actions. Courts have specifically found that the hourly rates charged by my firm are reasonable given our subject matter expertise and experience. For example, in another recent TCPA lawsuit captioned *Reisman v. Northeastern Power & Gas, LLC*, the court held "each of the principal timekeepers [including Matthew Keilson, Ryan Watstein, and Jennipher Borey], indeed all the timekeepers, have considerable experience defending companies against TCPA claims, class action, and litigation in federal court. Their expertise well supports the rates charged, which are commensurate with their years of experience." *See* 2024 WL 795147, at *8 (Feb. 26), *R&R adopted*, 2024 WL 1076894 (S.D.N.Y. Mar. 12, 2024).

19. Courts have found similar hourly rates in the Atlanta market to be reasonable in recent cases, too. *See, e.g.*, *Com. Roofing Specialties, Inc. v. CRS Roofing Co.*, No. 1:21-CV-02758-SDG, 2023 WL 1965276, at *7 (N.D. Ga. Feb. 13, 2023) (same, where Atlanta-based partners billed at $865-840 per hour, associate billed at $700 per hour, and paralegal billed at $310 per hour); *Stimson v. Stryker Sales Corp.*, No. 1:17-CV-00872-JPB, 2022 WL 376375, at *3 (N.D. Ga. Feb. 8, 2022) (finding that rates were reasonable where partners billed at $539–$780 per hour, and associates billed at $400–$464 per hour).

## Breakdown of Fees Requested

20. The chart below summarizes the MJ Ministries Defendants' requested rates and the amount of time expended in this case:

## Fees & Costs Incurred In this Matter

| *Attorney/Staff* | *Hourly Rate* | *Hours* | *Fees Sought* |
|---|---|---|---|
| Matthew A. Keilson | $700.00 | 4.1 | $2,870.00 |
| Logan R. Leonard | $575.00 | 6.3 | $3,622.50 |
| Jennipher Borey | $325.00 | 0.5 | $162.50 |
| Lindsay Ballard | $290.00 | 0.2 | $58.00 |
| Kaitlyn Thompson | $290.00 | 0.6 | $174.00 |
|  |  | **Total** | **$6,887.00** |
|  |  | **Costs** | **$10.49** |

Pursuant to 28 U.S.C. § 1746, I declare, under the penalty of perjury, that the foregoing is true and correct.

Respectfully submitted this 7th day of March 2025.

*/s/ Matthew A. Keilson*
Ryan D. Watstein
Georgia Bar No. 266019
*ryan@wtlaw.com*
Matthew A. Keilson
Georgia Bar No. 216676
*mkeilson@wtlaw.com*
WATSTEIN TEREPKA, LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel. (404) 782-0695

*Counsel for MJ Ministries Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 7, 2025, I caused a true and correct copy of the foregoing document to be served on counsel of record for all parties and *pro se* Plaintiff as follows:

Craig Cunningham
3000 Custer Road
Suite 270-206
Plano, Texas 75075
projectpalehorse@hushmail.com

*Pro se Plaintiff*

Parks K. Stone
Devin P. Arnold
WILSON ELSER MOSKOWITZ EDELMAN AND DICKER LLP
3348 Peachtree Road NE, Suite 1400
Atlanta, GA 30326
parks.stone@wilsonelser.com
devin.arnold@wilsonelser.com

*Counsel for Defendants Serving Hands Community Development Corporation*

/s/ Matthew A. Keilson
Matthew A. Keilson

# EXHIBIT 1



# INVOICE





https://www.wtlaw.com

MJ Ministries Spreading the Gospel, Inc.

## Craig Cunningham TCPA lawsuit- 

## Craig Cunningham TCPA lawsuit

| Type | Date | Notes | Attorney | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | 01/15/2025 | Draft contempt motion. | LL | 1.40 | $575.00 | $805.00 |
| Service | 01/21/2025 | Review and revise motion for contempt. | MK | 0.70 | $700.00 | $490.00 |
| Service | 01/22/2025 | Prepare client update and discuss motion for contempt with client. | MK | 0.40 | $700.00 | $280.00 |
| Service | 01/24/2025 | Draft counsel declaration; prepare contempt and sanctions motion for filing. | LL | 0.80 | $575.00 | $460.00 |
| Service | 01/24/2025 | Finalize Motion for Contempt and for Sanctions; confer with M. Keilson and L. Leonard regarding same. | JB | 0.50 | $325.00 | $162.50 |
| Service | 01/24/2025 | Finalize and file motion or contempt for failure to pay court-awarded sanctions; attend call with client regarding motion for sanctions. | MK | 0.80 | $700.00 | $560.00 |
| Service | 01/27/2025 | Calculate contempt motion response deadline; coordinate service of same. | LL | 0.10 | $575.00 | $57.50 |
| Service | 02/24/2025 | Review order on motion for contempt and begin next steps given same; review additional orders from court. | MK | 0.70 | $700.00 | $490.00 |
| Service | 02/25/2025 | Calendar deadline to submit paperwork. | LB | 0.20 | $290.00 | $58.00 |
| Service | 02/27/2025 | Pick up check from Hawkins Parnell at the request of R. Watstein. | KT | 0.60 | $290.00 | $174.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/03/2025 | Prepare substantive correspondence to Plaintiff seeking immediate corrective action because he mailed check to wrong office and made it payable to wrong office. | MK | 0.40 | $700.00 | $280.00 |
| Service | 03/04/2025 | Research and analyze potential additional relief for contempt; begin preparing cost and fee documentation. | LL | 0.80 | $575.00 | $460.00 |
| Service | 03/04/2025 | Correspond with Plaintiff to request wire of funds owed and return of improper check by no later than Wednesday to attempt to avoid additional intervention from the court. | MK | 0.20 | $700.00 | $140.00 |
| Service | 03/05/2025 | Continue drafting documentation in support of costs, fees, and other relief. | LL | 1.30 | $575.00 | $747.50 |
| Service | 03/05/2025 | Strategize relief requested in forthcoming request per Court order with L. Leonard | MK | 0.30 | $700.00 | $210.00 |
| Service | 03/06/2025 | Finish drafting documentation in support of costs, fees, and other relief; draft attorney declaration. | LL | 1.70 | $575.00 | $977.50 |
| Service | 03/07/2025 | Review and revise both request for additonal fees and relief and attorney declaration in support of the same. | MK | 0.60 | $700.00 | $420.00 |
| Service | 03/07/2025 | Prepare documentation for costs, fees, and other relief, counsel declaration, and exhibits for filing. | LL | 0.20 | $575.00 | $115.00 |
| | | | | | Total | $6,887.00 |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| | 04/06/2025 | $6,887.00 | $0.00 | $6,887.00 |
| | | | Outstanding Balance | |
| | | | Total Amount Outstanding | |

**Payment Instructions**

Please make all amounts payable to: Watstein Terepka LLP



For wire transactions:



# EXHIBIT 2

February 27, 2025 • Paid

304 W Peachtree St, 304 W Peachtree St, Atlanta, GA 30308



Skip the stress of finding parking and reserve your spot with Parking.com.



## Cost Summary

| | |
|---|---|
| 1 hour | $9.00 |
| Service fee | $1.49 |

## Payment

$10.49

## Parking Details

**Vehicle**

**Drove in**
10:27 AM on Feb 27

**Drove out**
11:27 AM on Feb 27

🔒 app.metropolis.io