**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff(s),<br><br>vs.<br><br>YAKIM JORDAN, MJ MINISTRIES SPREADING THE GOSPEL, INC., MJ MINISTRIES, LLC, STEVEN SLEDGE, AARON JORDAN, NAOMI COOK, LUTHER MCKINSTRY, FRANK JULIANO, JONATHAN FOREMAN, JESSE SPENCER, WARREN TAYLOR, SERVING HANDS COMMUNITY DEVELOPMENT CORPORATION, and JOHN/JANE DOES 1-5.<br>Defendant(s). | CIVIL ACTION FILE<br><br>NO.1:22-cv-01419 WMR |

**ATTORNEY FEE & CONTEMPT JUDGMENT**

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of Defendants MJ Ministries Spreading the Gospel, Inc., Steven Sledge, Aaron Jordan, Naomi Cook, Luther McKinstry, and Wayne Taylor's Motion for Contempt and Sanctions, and the court having granted said motion by Orders of 2/21/2025 and 4/7/2025, it is

**Ordered and adjudged** Plaintiff is ORDERED to pay the MJ Ministries Defendants $6,887.00 in fees and $10.49 in costs, per this Court's February 2025 Order, by May 7, 2025.

As Plaintiff is in still in contempt of this Court's November 2024 Order, Plaintiff is ORDERED to pay:

(1) Two Thousand Five Hundred Dollars ($2,500) for his intentional noncompliance; and

(2) An additional Three Hundred Dollars and 00/100 Cents ($300.00) per day beginning from the date of the order, but not to exceed Fifteen Thousand Dollars and 00/100 cents ($15,000.00), until Plaintiff has purged himself of contempt.

Plaintiff may purge himself of contempt by paying the amount this Court previously awarded to MJ Ministries Defendants, $11,467.50 by May 7, 2025.

Dated at Atlanta, Georgia this 7th day of April, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ T. Frazier
Deputy Clerk

Prepared, filed, and entered in the
Clerk's Office
April 7, 2025
Kevin P.Weimer
Clerk of Court

By: s/ T. Frazier
Deputy Clerk