UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM<br>Plaintiff<br><br>vs.<br><br>YAKIM JORDAN, MJ MINISTRIES SPREADING THE GOSPEL, INC., MJ MINISTRIES, LLC, STEVEN SLEDGE, AARON JORDAN, NAOMI COOK, LUTHER MCKINSTRY, FRANK JULIANO, JONATHAN FOREMAN, JESSE SPENCER, WARREN TAYLOR, SERVING HANDS COMMUNITY DEVELOPMENT CORPORATION<br>Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-cv-01419-WMR |

**J U D G M E N T**

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of Defendants MJ Ministries Spreading the Gospel, Inc., Steven Sledge, Aaron Jordan, Naomi Cook, Luther McKinstry, Warren Taylor, Serving Hands Community Development Corporation, Jesse Spencer, Jonathan Foreman and Frank Juliano's Motion for Summary Judgment, and for a Contempt Hearing on 5/19/2025, with the Court having granted said Motion on 8/8/2023 and the Plaintiff having failed to appear for the Contempt Hearing on 5/19/2025, it is

**ORDERED AND ADJUDGED** the Plaintiff take nothing; that Defendants MJ Ministries Spreading the Gospel, Inc., Steven Sledge, Aaron Jordan, Naomi Cook, Luther McKinstry, Warren Taylor, Serving Hands Community Development Corporation, Jesse Spencer, Jonathan Foreman and Frank Juliano recover the costs of this action, and the action be, and the same hereby is, **DISMISSED** as to these defendants.  It is further **ORDERED AND ADJUDGED** that Plaintiff's Case is **DISMISSED** as **MOOT** and any Defendants not yet served are **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 19th day of May, 2025.

KEVIN P. WEIMER
CLERK OF COURT


By:   s/ T. Frazier
         Deputy Clerk

Prepared, Filed, and Entered in the
Clerk's Office
May 19, 2025
Kevin P. Weimer
Clerk of Court

By: s/ T. Frazier
Deputy Clerk